1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JOSEPH ABDULLAH,
                                        NO. CIV. S-06-368 LKK/KJM
12
            Plaintiff,
13
       v.                                      O R D E R
14
    LILY GEE, et al.,
15
            Defendants.
16  _____/

17      All defendants in the above-captioned case have now filed
18  appearances in propria persona.  Accordingly, pursuant to Local
19  Rule 72-302(c)(21), this matter is REFERRED to the assigned
20  magistrate judge for all further pretrial proceedings.
21      IT IS SO ORDERED.
22      DATED: April 17, 2006
23                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
24                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
25
26