Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:      (949) 486-1889
Email: r.n@azimynathan.com
          e.a@azimynathan.com

Attorneys of Record for Plaintiff, Joseph Abdullah

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH | Case No.: 2:06-CV-0368 LKK KJM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| LILY GEE; FRED YATMING LEUNG; HEIDI YAN and Does 1 through 10, inclusive. | **F.R.Civ.P. 41(a)(1)** |
| Defendants. | |

- 1 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendants Lily Gee, Fred Yatming Leung and Heidi Yan through their attorneys' undersigned, stipulate and agree that above-captioned matter may be dismissed as to all claims and all Defendants, with prejudice, each party to bear his own attorneys' fees and costs.

DATED: September 12, 2006         **AZIMY & NATHAN, LLP**

By: /s/ Reuben D. Nathan, Esq.
Reuben D. Nathan, Esq.
Attorney for Plaintiff,   Joseph Abdullah

DATED: September 7, 2006          **LAW OFFICES OF GEOFFREY P. WONG**

By: /s/ Geoffrey P. Wong, Esq. as authorized on September 7, 2006
Geoffrey P. Wong, Esq.
Attorney for Defendants,
Lily Gee, Fred Yatming Leung and Heidi Yan

### ORDER

Pursuant to the stipulation of the parties, **IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice, each party to bear his own attorneys' fees and costs.

Dated: September 13, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 2 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**